IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MCKESSON HBOC, INC. SECURITIES LITIGATION | *E-FILED - 5/3/07*<br><br>CASE NO.: C-99-20743-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that the Declaration of Christopher B. Barry and Declaration of Jonathan M. Hoff Volume 1 and 2 with corrected exhibits in support of defendant Bear, Stearns & Co. Inc.'s motion for summary judgment shall be filed under seal.

IT IS SO ORDERED.

DATED: May 3, 2007

_____
RONALD M. WHYTE
United States District Judge

1  Copy of Order E-Filed:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28