CADWALADER, WICKERSHAM & TAFT LLP
  Jonathan M. Hoff (Bar No. 099787)
  Gregory Zimmer (*Admitted Pro Hac Vice*)
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

LATHAM & WATKINS LLP
  Paul H. Dawes (Bar No. 55191)
  John D. Minton (Bar No. 223823)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant
BEAR, STEARNS & CO. INC.

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
  David R. Stickney (Bar No. 188574)
  Timothy A. DeLange (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

BARRACK, RODOS & BACINE
  M. Richard Komins
  (*Admitted Pro Hac Vice*)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

Attorneys for Lead Plaintiff
THE NEW YORK STATE COMMON
RETIREMENT FUND and Co-Lead
Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MCKESSON HBOC, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 99-CV-20743-RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: January 18, 2008 [~~Proposed~~]<br>Time: 9:00 a.m.<br>Place: Courtroom 6, Fourth Floor<br>Judge: The Honorable Ronald M. Whyte |

## STIPULATION

WHEREAS, Lead Plaintiff, the New York State Common Retirement Fund, and defendant Bear, Stearns & Co., Inc. (collectively, the "Parties"), along with McKesson Corporation, have entered into a Stipulation of Settlement dated as of September 24, 2007 to settle, *inter alia*, all claims asserted in this action on behalf of a proposed Settlement Class;

WHEREAS, by Order entered on September 28, 2007, the Court preliminarily approved the proposed settlement and scheduled a final approval hearing on January 4, 2008 at 9:00 a.m.;

WHEREAS, by Order entered on December 10, 2007, the Court continued the final approval hearing until January 11, 2008;

WHEREAS, counsel for the parties have certain prior commitments on the date of the rescheduled hearing and have agreed that moving the hearing to January 18, 2008 would be in their mutual interest and would not prejudice members of the proposed Settlement Class;

NOW, THEREFORE, the parties hereby STIPULATE as follows:

1. The final approval hearing for the class action settlement between the Parties shall be held on January 18, 2008 at 9:00 a.m.

2. Papers in support of the Settlement, the Plan of Allocation, and Lead Counsel's application for attorneys' fees and payment of expenses shall be submitted by January 4, 2008.

Dated: December 13, 2007

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP

By: *David R. Stickney*
David R. Stickney

Attorneys for Lead Plaintiff
The New York State Common Retirement Fund and Co-Lead Counsel for the Class

Dated: December 13, 2007

Respectfully submitted,

BARRACK, RODOS & BACINE

By: _____
M. Richard Komins

Attorneys for Lead Plaintiff
The New York State Common Retirement
Fund and Co-Lead Counsel for the Class

Dated: December 13, 2007

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Jonathan M. Hoff

Attorneys for Defendant
BEAR, STEARNS & CO. INC.

## ORDER

The Court, having considered the above stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS THAT:

1. The final approval hearing for the class action settlement between Lead Plaintiff, the New York State Common Retirement Fund, and defendant Bear, Stearns & Co, Inc. shall be rescheduled for January 18, 2008, at 9:00 a.m.

2. Papers in support of the Settlement, the Plan of Allocation, and Lead Counsel's application for attorneys' fees and payment of expenses shall be submitted by January 4, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/19, 2007

_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

Master File No. 99-CV-20743-RMW

-2-

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE FINAL APPROVAL HEARING