Filed
JAN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re McKESSON HBOC, INC. SECURITIES LITIGATION | Master File No. 99-CV-20743 RMW (PVT) And Related Cases |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | Date: January 18, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 6, Fourth Floor<br>Judge: The Honorable Ronald M. Whyte |

[PROPOSED] ORDER APPROVING PLAN
OF ALLOCATION OF SETTLEMENT PROCEEDS

---

[PROPOSED] ORDER
Master File No. 99-CV-20743 RMW (PVT)

Lead Plaintiff's Motion for Approval of the Proposed Plan of Allocation (the "Motion") duly came before the Court for hearing on January 18, 2008, at 9:00 a.m., pursuant to the Court's Order Preliminarily Approving Settlement With Bear Stearns & Co. Inc. And Providing For Notice (filed September 28, 2007), and the December 19, 2007 Stipulation and Order Rescheduling Hearing on Final Approval of Class Action Settlement. The Court has read and considered Lead Plaintiff's Motion and all supporting and other related materials. Due and adequate notice having been given to the Settlement Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefor,

IT IS HEREBY ORDERED, that:

1.     This Court has jurisdiction over the subject matter of the Motion. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Settlement Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all such persons and entities to be heard with respect to the Plan of Allocation.

2.     The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Proposed Settlement Of Class Action with Bear, Stearns & Co. Inc. (the "Notice") mailed to Class Members provides a fair and equitable basis upon which to allocate the proceeds of the Settlement Fund among the Settlement Class Members with due consideration having been given to the market price of McKesson shares, damages potentially attributed to the defendant, administrative convenience and necessity, and is further consistent with the opinions and orders previously issued by the Court with respect to the claims asserted by Lead Plaintiff in the Litigation.

3. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and equitable to the Class. Accordingly, the Court hereby approves the Plan of Allocation submitted by Lead Plaintiff.

4. The finality of the Judgment entered with respect to the Settlement between Lead Plaintiff and Bear, Stearns & Co. Inc. shall not be affected in any manner by this Order, or any appeal from this Order approving the Plan.

IT IS SO ORDERED.

DATED: __1/18__, 2008

                                   _Ronald M. Whyte_
                                   THE HONORABLE RONALD M. WHYTE
                                   United States District Court Judge

1  Submitted by:

2  BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
3  DAVID R. STICKNEY
   TIMOTHY A. DeLANGE
4  12481 High Bluff Drive, Suite 300
   San Diego, CA  92130
5  Tel:   (858) 793-0070
   Fax:   (858) 793-0323
6         -and-
   MAX W. BERGER
7  ROCHELLE FEDER HANSEN
   1285 Avenue of the Americas
8  New York, NY  10019
   Tel:   (212) 554-1400
9  Fax:   (212) 554-1444

10 BARRACK, RODOS & BACINE
   LEONARD BARRACK
11 GERALD J. RODOS
   M. RICHARD KOMINS
12 JEFFREY A. BARRACK
   3300 Two Commerce Square
13 2001 Market Street
   Philadelphia, PA  19103
14 Tel:   (215) 963-0600
   Fax:   (215) 963-0838
15        -and-
   STEPHEN R. BASSER
16 402 West Broadway, Suite 850
   San Diego, CA  92101
17 Tel:   (619) 230-0800
   Fax:   (619) 230-1874
18
   Attorneys for Lead Plaintiff The New York
19 State Common Retirement Fund and
   Co-Lead Counsel for the Class

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
Master File No. 99-CV-20743 RMW (PVT)

-3-