ORIGINAL

1  BERNSTEIN LITOWITZ BERGER
       & GROSSMANN LLP
2  DAVID R. STICKNEY   (Bar No. 188574)
   TIMOTHY A. DeLANGE   (Bar No. 190768)
3  BENJAMIN GALDSTON (Bar No. 211114)
   12481 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   Tel:    (858) 793-0070
5  Fax:    (858) 793-0323
           -and-
6  MAX W. BERGER
   ROCHELLE FEDER HANSEN
7  1285 Avenue of the Americas
   New York, NY 10019
8  Tel:    (212) 554-1400
   Fax:    (212) 554-1444
9

BARRACK, RODOS & BACINE
LEONARD BARRACK
M. RICHARD KOMINS
JEFFREY A. BARRACK
BETH T. SELTZER
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel:    (215) 963-0600
Fax:    (215) 963-0838
        -and-
STEPHEN R. BASSER   (Bar No. 121590)
402 West Broadway, Suite 850
San Diego, CA 92101
Tel:    (619) 230-0800
Fax:    (619) 230-1874

FILED
2011 AUG 19  A 11: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA, S.J.

10  Attorneys for Lead Plaintiff
    The New York State Common Retirement
11  Fund and Co-Lead Counsel for the Class

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15  In re McKESSON HBOC, INC.
    SECURITIES LITIGATION
16
17
                                           Master File No. 99-CV-20743 RMW (PVT)
                                           And Related Cases

                                           CLASS ACTION

18  This Document Relates To:

19     ALL ACTIONS.

                                           Date:   September 9, 2011
                                           Time:   9:00 a.m.
                                           Place:  Courtroom 6, Fourth Floor
                                           Judge:  The Honorable Ronald M. Whyte

20
21
22              REPLY AND NOTICE OF NON-OPPOSITION
23       IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION
         FOR RE-DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS
24
25
26
27
28

REPLY AND NOTICE OF NON-OPPOS. IN FURTHER SUPPORT OF
MOT. FOR RE-DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS
Master File No. 99-CV-20743 RMW (PVT)

1    Lead Plaintiff, the New York State Common Retirement Fund ("Lead Plaintiff"),

2    respectfully submits this reply and notice of non-opposition in further support of its Motion for

3    Re-Distribution of Residual Settlement Funds [ECF No. 1782] ("Lead Plaintiff's Motion").

4    Lead Plaintiff submits this reply to inform the Court that the Court-imposed deadline of

5    August 8, 2011, for submitting any opposition to Lead Plaintiff's Motion has expired, and *no*

6    *opposition or objections were filed*.

7    Based on the foregoing and the entire record herein, Lead Plaintiff respectfully requests

8    that the Court grant Lead Plaintiff's Motion for Re-Distribution of Residual Settlement Funds,

9    and enter the proposed Order Approving Motion for Re-Distribution of Residual Settlement

10   Funds, previously submitted to the Court.

11   Dated: August 17, 2011                     Respectfully submitted,

12                                              BERNSTEIN LITOWITZ BERGER
                                                & GROSSMANN LLP
13

14                                              *Timothy A. DeLange/nek*
                                                TIMOTHY A. DeLANGE
15
                                                DAVID R. STICKNEY
16                                              TIMOTHY A. DeLANGE
                                                BENJAMIN GALDSTON
17                                              12481 High Bluff Drive, Suite 300
                                                San Diego, CA 92130
18                                              Tel:    (858) 793-0070
                                                Fax:    (858) 793-0323
19                                                      -and-
                                                MAX W. BERGER
20                                              ROCHELLE FEDER HANSEN
                                                1285 Avenue of the Americas
21                                              New York, NY 10019
                                                Tel:    (212) 554-1400
22                                              Fax:    (212) 554-1444

23   Dated: August 17, 2011                     BARRACK, RODOS & RACINE

24

25                                              M. RICHARD KOMINS

26                                              LEONARD BARRACK
                                                M. RICHARD KOMINS
27                                              JEFFREY A. BARRACK
                                                BETH R. TARGAN
28

REPLY AND NOTICE OF NON-OPPOS. IN FURTHER SUPPORT OF MOT.
FOR RE-DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS                    -1-
Master File No. 99-CV-20743 RMW (PVT)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel:    (215) 963-0600
Fax:    (215) 963-0838
      -and-
STEPHEN R. BASSER
402 West Broadway, Suite 850
San Diego, CA 92101
Tel:    (619) 230-0800
Fax:    (619) 230-1874

Attorneys for Lead Plaintiff The New York
State Common Retirement Fund and
Co-Lead Counsel for the Class

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>DAVID R. STICKNEY  (Bar No. 188574)<br>TIMOTHY A. DeLANGE  (Bar No. 190768)<br>BENJAMIN GALDSTON  (Bar No. 211114)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:  (858) 793-0323<br>      -and-<br>MAX W. BERGER<br>ROCHELLE FEDER HANSEN<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel:   (212) 554-1400<br>Fax:  (212) 554-1444<br>Attorneys for Lead Plaintiff<br>The New York State Common Retirement<br>Fund and Co-Lead Counsel for the Class | BARRACK, RODOS & BACINE<br>LEONARD BARRACK<br>M. RICHARD KOMINS<br>JEFFREY A. BARRACK<br>BETH T. SELTZER<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel:   (215) 963-0600<br>Fax:  (215) 963-0838<br>      -and-<br>STEPHEN R. BASSER  (Bar No. 121590)<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Tel:   (619) 230-0800<br>Fax:  (619) 230-1874 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re McKESSON HBOC, INC.<br>SECURITIES LITIGATION<br><br>——————————————————<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. 99-CV-20743 RMW<br>And Related Cases<br><br>CLASS ACTION |

DECLARATION OF SERVICE

DECLARATION OF SERVICE

I, the undersigned, declare:

1.    That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2.    That on August 19, 2011, I caused to be served the following documents:

- Reply and Notice of Non-Opposition in Further Support of Lead Plaintiff's Motion for Re-Distribution of Residual Settlement Funds; and

- Declaration of Service.

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery (as indicated by * on the attached service list).

☐ **(BY ELECTRONIC MAIL)** Pursuant to Civil L.R. 5-5(a)(1) and F.R.C.P. 5(b), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be transmitted electronically to the offices of the email addressee(s) (as indicated by * on the attached Service List).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1        3.     That there is a regular communication by mail between the place of mailing and

2    the places so addressed.

3        I declare under penalty of perjury, under the laws of the State of California, that the

4    foregoing is true and correct.  Dated this 19th day of August 2011.

5

6                            *Kaye A. Martin*

                              KAYE A. MARTIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 1

***ATTORNEYS FOR PLAINTIFF(S):***

Arthur N. Abbey
Judith L. Spanier
ABBEY, SPANIER RODD & ABRAMS
212 East 39th Street
New York, NY 10016
Tel:     (212) 889-3700
Fax:     (212) 684-5191

William M. Audet
ALEXANDER HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Tel:     (408) 289-1776
Fax:     (408) 287-1776

Beverly R. Storm
ARNZEN MOLLOY & STORM, P.S.C.
600 Greenup Street
Covington, KY 41011
Tel:     (859) 431-6100
Fax:     (859) 431-3778

Norman Berman
Jeffery C. Block
BERMAN DeVALERIO
One Liberty Square
Boston, MA 02109-8300
Tel:     (617) 542-8300
Fax:     (617) 542-1194

Michael J. Pucillo
Wendy H. Zoberman
BERMAN DeVALERIO
3507 Kyoto Gardens, Suite 200
Palm Beach Gardens, FL 33401
Tel:     (561) 835-9400
Fax:     (561) 835-0322

Stanley D. Bernstein
Sandy A. Liebhard
BERNSTEIN LIEBHARD, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Tel:     (212) 779-1414
Fax:     (212) 779-3218

Martin D. Chitwood
CHITWOOD & HARLEY LLP
2900 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel:     (404) 873-3900
Fax:     (404) 876-4476

Steven J. Toll
COHEN, MILSTEIN, HAUSFELD
    & TOLL, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Tel:     (202) 408-4600
Fax:     (202) 408-4699

Roland C. Colton
COLTON & ROESSER
445 Marine View Avenue
Del Mar, CA 92014-3969
Tel:     (858) 259-1100

Leo W. Desmond
LAW OFFICES OF LEO W. DESMOND
4731 N. Highway A1A
Vero Beach, FL 32963
Tel:     (561) 712-8000
Fax:     (561) 712-8002

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 2

Gerald Benzinger
DETERS, BENZINGER
   & LA VELLE, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017-2596
Tel:   (859) 341-1881
Fax:   (859) 341-1469

Michael D. Donovan
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel:   (215) 732-6067
Fax:   (215) 732-8060

Scott E. Poynter
EMERSON POYNTER, LLP
500 President Clinton Ave., Suite 305
Little Rock, AR 72201
Tel:   (501) 907-2555
Fax:   (501) 907-2556

Francis J. Farina
LAW OFFICES OF FRANCIS J. FARINA
577 Gregory Lane
Devon, PA 19333
Tel:   (610) 695-9007
Fax:   (610) 695-9023

Nadeem Faruqi
Lubna Faruqi
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Tel:   (212) 983-9330
Fax:   (212) 983-9331

William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel:   (405) 235-1560
Fax:   (405) 239-2112

Brian M. Felgoise
LAW OFFICES OF BRIAN FELGOISE
The Pavilion
261 Old York Road, Suite 423
Jenkintown, PA 19046
Tel:   (215) 886-1900
Fax:   (215) 886-1909

Roberta D. Liebenberg
Donald L. Perelman
FINE, KAPLAN AND BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel:   (215) 567-6565
Fax:   (215) 568-5872

Douglas G. Thompson, Jr.
FINKELSTEIN THOMPSON
   & LOUGHRAN
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
Tel:   (202) 337-8000
Fax:   (202) 337-8090

Paul F. Bennett
Steven O. Sidener
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Tel:   (415) 777-2230
Fax:   (415) 777-5189

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 3

Mark S. Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 W. Elm Street, Suite 360
Conshohocken, PA 19428
Tel:     (484) 342-0700
Fax:     (484) 342-0701

Jonathan M. Plasse
David J. Goldsmith
LABATON SUCHAROW LLP
140 Broadway, 23rd Floor
New York, NY 10005-1108
Tel:     (212) 907-0700
Fax:     (212) 818-0477

Bernard M. Gross
LAW OFFICES
     BERNARD M. GROSS, P.C.
Suite 450, Wanamaker Bldg.
Juniper and Market Streets
100 Penn Square East
Philadelphia, PA 19107
Tel:     (215) 561-3600
Fax:     (215) 561-3000

Marc H. Edelson
HOFFMAN & EDELSON
45 W. Court Street
Doylestown, PA 18901
Tel:     (215) 230-8043
Fax:     (215) 230-8735

J. Edward Kerley
HEREFORD KERLEY
1999 Harrison Street, Suite 1400
Oakland, CA 94612
Tel:     (510) 379-5801
Fax:     (510) 328-0350

Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104-1308
Tel:     (415) 772-4700
Fax:     (415) 772-4707

Lawrence L. Klayman
KLAYMAN & TOSKES, PA
Peninsula Plaza, Suite 450
2424 N. Federal Highway
Boca Raton, FL 33431
Tel:     (561) 997-9956
Fax:     (561) 361-9178

Richard D. Kranich
LAW OFFICES OF
     RICHARD D. KRANICH
531 Main Street, Suite 407
New York, NY 10044-0107
Tel:     (212) 608-8965
Fax:     (212) 608-0886

Clinton A. Krislov
KRISLOV & ASSOCIATES, LTD.
Civic Opera Building, Suite 1350
20 N. Wacker Drive
Chicago, IL 60606
Tel:     (312) 606-0500
Fax:     (312) 606-0207

Peter A. Lennon
LAW OFFICES OF PETER A. LENNON
2715 Springfield Road
Broomall, PA 19008-1819
Tel:     (610) 325-5220
Fax:     (610) 325-522

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 4

John K. Grant
ROBBINS GELLER RUDMAN &
DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel:    (415) 288-4545
Fax:    (415) 288-4534

Paul J. Geller
ROBBINS GELLER RUDMAN &
DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Tel:    (561) 750-3000
Fax:    (561) 750-3364

Ronald S. Kravitz
LINER YANKELEVITZ SUNSHINE
    & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Tel:    (415) 489-7700
Fax:    (415) 489-7701

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Tel:    (612) 339-6900
Fax:    (612) 339-0981

David Harrison
Thomas Skelton
LOWEY DANNENBERG BEMPORAD
    & SELINGER, P.C.
One North Broadway, Suite 500
White Plains, NY 10601-2310
Tel:    (914) 997-0500

Fax:    (914) 997-0035
Karen L. Morris
MORRIS AND MORRIS LLC
4001 Kennett Pike, Suite 300
Wilmington, DE 19807-2039
Tel:    (302) 426-0400
Fax:    (302) 426-0406

Marvin L. Frank
MURRAY FRANK LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Tel:    (212) 682-1818
Fax:    (212) 682-1892

Bruce G. Murphy
LAW OFFICES OF BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Tel:    (561) 231-4202
Fax:    (801) 650-8213

Klari Neuwelt
LAW OFFICE OF KLARI NEUWELT
110 East 59th Street, 29th Floor
New York, NY 10022
Tel:    (212) 593-8800
Fax:    (212) 593-9131

Harold B. Obstfeld
HAROLD B. OBSTFELD, PC
100 Park Avenue, 20th Floor
New York, NY 10017
Tel:    (212) 696-1212
Fax:    (212) 867-7369

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 5

Diane D. Foody
Assistant Counsel
OFFICE OF THE STATE COMPTROLLER
110 State Street
Albany, NY 12236
Tel:   (518) 473-0345
Fax:   (518) 474-5119

James M. Orman
LAW OFFICES OF JAMES ORMAN
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel:   (215) 523-7800
Fax:   (215) 523-9290

Rodney B. Sorensen
Melissa E. Powar
PAYNE & FEARS
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Tel:   (415) 398-7860
Fax:   (415) 398-7863

Laura M. Perrone
LAW OFFICES OF LAURA M. PERRONE
60 E. 42nd Street, 47th Fl.
New York, NY 10165
Tel:   (212) 949-5500
Fax:   (212) 949-0049

Charles J. Piven
BROWER PIVEN.
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Tel:   (410) 332-0030
Fax:   (410) 685-1300

Stanley M. Grossman
D. Brian Hufford
POMERANTZ HAUDEK BLOCK
   GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, NY 10017-5516
Tel:   (212) 661-1100
Fax:   (212) 661-8665

Steven J. Ross
ROSS LAW FIRM
1015 Atlantic Blvd., Suite 306
Atlantic Beach, FL 32233
Tel:   (904) 249-8799
Fax:   (309) 413-9137

Andrew L. Barroway
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:   (610) 667-7706
Fax:   (610) 667-7056

Samuel P. Sporn
SCHOENGOLD SPORN LAITMAN
   & LOMETTI, PC
19 Fulton Street, Suite 406
New York, NY 10038
Tel:   (212) 964-0046
Fax:   (212) 267-8137

Robert C. Schubert
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Two Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel:   (415) 788-4220
Fax:   (415) 788-0161

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 6

Roger B. Greenberg
SCHWARTZ, JUNELL, GREENBERG
   & OATHOUT, LLP
909 Fannin Street, Suite 2000
Houston, Texas 77010
Tel:   (713) 752-0017
Fax:   (713) 752-0327

Robert M. Roseman
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:   (215) 496-0300
Fax:   (215) 496-6611

Timothy J. Burke
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Curtis V. Trinko
TRINKO LAW FIRM
16 West 46th Street, 7th Floor
New York, NY 10036
Tel:   (212) 490-9550
Fax:   (212) 986-0158

Ronald A. Uitz
UITZ & ASSOCIATES
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel:   (202) 296-5280
Fax:   (202) 318-1059

Samuel K. Rosen
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel:   (212) 935-7400
Fax:   (212) 753-3630

Ann D. White
ANN D. WHITE LAW OFFICES, P.C.
101 Greenwood Avenue, Fifth Floor
Jenkintown, PA 19046
Tel:   (215) 690-3858
Fax:   (215) 481-0271

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue, Suite 1600
New York, NY 10176
Tel:   (212) 682-3025
Fax:   (212) 682-3010

Fred T. Isquith
Gregory M. Nespole
WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel:   (212) 545-4600
Fax:   (212) 545-4653

Lester L. Levy
WOLF POPPER LLP
845 Third Avenue, Suite 12
New York, NY 10022
Tel:   (212) 759-4600
Fax:   (212) 486-2093

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 7

Alfred G. Yates, Jr.
LAW OFFICES OF
    ALFRED G. YATES, JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel:    (412) 391-5164
Fax:    (412) 471-1033

James S. Youngblood
LAW OFFICES OF
    JAMES S. YOUNGBLOOD
3799 N. Stratford Road, N.E.
Atlanta, GA 30342
Tel:    (404) 231-1957
Fax:    (404) 237-5483

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 15th Floor
New York, NY 10004
Tel:    (212) 363-7500
Fax:    (212) 363-7171

Jeffrey C. Zwerling
ZWERLING, SCHACTER
    & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Tel:    (516) 832-9600
Fax:    (516) 832-9605

**_ATTORNEYS FOR DEFENDANT(S):_**

Gwyn Quillen
Scott Vick
ALSCHULER GROSSMAN LLP
The Water Garden, North Tower
1620 26th Street, Fourth Floor
Santa Monica, CA 90404-4060
Tel:    (310) 907-1000
Fax:    (310) 907-2000
gquillen@alschuler.com
svick@alschuler.com

*Attorneys for Defendant Arthur Andersen LLP*

David M. Balabanian
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Tel:    (415) 393-2000
Fax:    (415) 393-2286
david.balabanian@bingham.com
karen.kennard@bingham.com

*Attorneys for Defendant McKesson HBOC*

Jonathan M. Hoff
CADWALADER, WICKERSHAM
    & TAFT LLP
1 World Financial Center
New York, NY 10281
Tel:    (212) 504-6000
Fax:    (212) 504-6666
jonathan.hoff@cwt.com

*Attorneys for Defendant Bear Stearns & Co.*

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 8

Paul A. Renne
Charles M. Schaible
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel:    (415) 693-2000
Fax:    (415) 693-2222
prenne@cooley.com
cschaible@cooley.com

*Attorneys for Defendant Albert J. Bergonzi*

Stephen A. Cowan
DLA PIPER US LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:    (415) 836-2500
Fax:    (415) 836-2501

*Attorneys for Defendant Mark A. Pulido*

Douglas R. Young
C. Brandon Wisoff
FARELLA BRAUN & MARTEL LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA 94104
Tel:    (415) 954-4400
Fax:    (415) 954-4480 (4481)

*Attorneys for Defendant Heidi E. Yodowitz*

J. Philip Kirchner
FLASTER GREENBERG, P.C.
1810 Chapel Avenue West, 3rd Floor
Cherry Hill, NJ 08002-4609
Tel:    (856) 661-1900
Fax:    (856) 661-1919

*Attorneys for Defendant Michael G. Smeraski*

David B. Hennes
Eric Hirsch
FRIED, FRANK, HARRIS,
    SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Tel:    (212) 859-8000
Fax:    (212) 859-4000

*Attorneys for Defendant Mark A. Pulido*

Barry Levin
HELLER EHRMAN LLP
388 Market Street, Suite 1300
San Francisco, CA 94111

*Attorneys for Defendant Charles W. McCall*

Dorothy Yates Kirkley
Attorney at Law
1420 Peachtree Street, NE #800
Atlanta, GA 30309
Tel:    (404) 786-9109

*Attorneys for Defendant Albert J. Bergonzi*

Stan G. Roman
Tracy Clements
KRIEG, KELLER, SLOAN, REILLY
    & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:    (415) 249-8330
Fax:    (415) 249-8333
sroman@kksrr.com
tclements@kksrr.com

*Attorneys for Defendant Arthur Andersen LLP*

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 9

William F. Alderman
ORRICK, HERRINGTON
    & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:    (415) 773-5700
Fax:    (415) 773-5759
walderman@orrick.com

*Attorneys for Defendant Richard H.
Hawkins*

Patrick Gibbs
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel:    (650) 328-4600
Fax:    (650) 463-2600
patrick.gibbs@lw.com

*Attorneys for Defendant Bear Stearns & Co.*

Grace A. Carter
Edward Han
PAUL, HASTINGS, JANOFSKY
    & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Tel:    (415) 856-7000
Fax:    (415) 856-7100

*Attorneys for Defendant Jay P. Gilbertson*

John Parker
PAUL, HASTINGS, JANOFSKY
    & WALKER LLP
600 Peachtree Street, NE, Suite 2400
Atlanta, GA 30308
Tel:    (404) 815-2400
Fax:    (404) 815-2424

*Attorneys for Defendant Jay P. Gilbertson*

Moses Silverman
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:    (212) 373-3000
Fax:    (212) 757-3990

*Attorneys for Defendant Charles W. McCall*

Tony G. Powers
Kimberly L. Myers
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
Tel:    (404) 522-4700
Fax:    (404) 525-2224

*Attorneys for Defendant Jay M. Lapine*

Mark J. Stein
SIMPSON THATCHER
    & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel:    (212) 455-2310
Fax:    (212) 455-2502

*Attorneys for Defendant Mark A. Pulido*

IN RE McKESSON HBOC, INC.
SERVICE LIST
August 19, 2011
Page 10

Jonathan J. Lerner
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036-6522
Tel:    (212) 735-3000
Fax:    (212) 735-2000
jlerner@skadden.com

*Attorneys for Defendants McKesson HBOC,*
*Inc. and HBO & Company*

James E. Lyons
Timothy A. Miller
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-4144
Tel:    (415) 984-6400
Fax:    (415) 984-2698
jlyons@skadden.com
tmiller@skadden.com

*Attorneys for Defendants McKesson HBOC,*
*Inc. and HBO & Company*

William M. Goodman
Lyn R. Agre
KASOWITZ BENSON TORRES
    & FRIEDMAN LLP
101 California Street, Suit 2050
San Francisco, CA 94111-5884
Tel:    (415) 421-6140
Fax:    (415) 398-5030

*Attorneys for Defendant Jay M. Lapine*