E-FILED on  9/07/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re McKESSON HBOC, INC. SECURITIES LITIGATION | No. C-99-20743 RMW<br>And Related Cases<br><br>ORDER APPROVING MOTION FOR RE-DISTRIBUTION OF SETTLEMENT FUNDS<br><br>**[Re Docket No. 1782]** |

The Court having read and considered Lead Plaintiff's Motion for Re-Distribution of Residual Settlement Funds ("Motion") and all supporting and other related materials, having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises, there being no opposition, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Motion is GRANTED. Lead Plaintiff is authorized to distribute the residual balance of the Settlement Funds as follows (all capitalized terms herein shall have the same meaning as in the Stipulations of Settlement in this matter):

1. $263,474.28 shall be paid to the Settlement Administrator as reimbursement for expenses incurred, but not previously reimbursed, in connection with the Second Distribution.

2. Claim numbers 8193553, 8193375, and 8193557 shall each be paid the *pro rata* recovery, as determined by the Settlement Administrator, to which they would have been entitled if they had filed timely claims.

3. The Settlement Administrator shall be paid its actual costs, up to $127,500, incurred in connection with the re-distribution of the residual Settlement Funds to eligible Authorized Claimants, as provided below, after such costs have been audited by Lead Plaintiff.

4. All Settlement Funds remaining after payment, or reservation in the case of costs of re-distribution, of the aforementioned items shall be distributed *pro rata* to Authorized Claimants who will be entitled to a further recovery of $10 or more.

5. If, after six months from the time of the re-distribution authorized herein, and after reasonable efforts by the Claims Administrator to make sure the re-distribution checks are received and cashed, there are unclaimed funds totaling in excess of $200,000, Lead Plaintiff is authorized to make a further re-distribution to Authorized Claimants who will receive a minimum of $10. In the event such unclaimed funds total less than $200,000, or if after the second re-distribution there are unclaimed residual funds, Lead Plaintiff is authorized to donate such unclaimed funds to one or more of the non-sectarian, not-for-profit, section 501(c)(3) organizations proposed in Lead Plaintiff's Motion.

6. Any further re-distribution or *cy pres* donations may be made without further leave of Court, provided they are made in conformance with this Order and that, following such re-distribution or *cy pres* donations Counsel for Lead Plaintiff shall submit a certification to the Court summarizing the disposition of the funds and that such disposition was in accordance with this Order.

IT IS SO ORDERED.

DATED: 9/07/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER APPROVING MOTION FOR RE-DISTRIBUTION OF SETTLEMENT FUNDS—No. C-99-20743 RMWAnd Related Cases
LJP
2