VICK LAW GROUP, APC
Scott Vick (No. 171944)
Jason Riddick (No. 235980)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 784-6227
Facsimile: (213) 784-6226
E-Mail: Scott@vicklawgroup.com
Jason@vicklawgroup.com

Attorneys For Defendant
AURTHER ANDERSEN LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE McKESSON HBOC, INC. SECURITIES LITIGATION | CASE No. 99 CV-20743 RMW<br>CLASS ACTION<br>**NOTICE OF APPEARANCE OF SCOTT VICK AS COUNSEL FOR DEFENDANT ARTHUR ANDERSEN LLP** |
| This Document Relates To: ALL Actions | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Scott Vick, of the Vick Law Group, APC, hereby enter my appearance as counsel for Defendant ARTHUR ANDERSEN LLP in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

Vick Law Group, APC
800 West 6th Street, Suite 1220
Los Angeles, CA 90017
Telephone: (213) 784-6225
Facsimile: (213) 784-6226

Please serve said counsel with all pleadings and notices in this action.

DATED: October 16, 2012

VICK LAW GROUP, APC

By /s/
SCOTT VICK
Attorneys for Defendant
ARTHUR ANDERSEN LLP

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 800 West 6th Street, Suite 1220, Los Angeles, California 90017. On October 16, 2012, I served a true copy of the following document:

**NOTICE OF APPEARANCE OF SCOTT VICK AS COUNSEL FOR DEFENDANT ARTHUR ANDERSEN LLP**

☐ By transmitting via facsimile from (213) 784-6226 the document(s) listed above to the fax number(s) set forth below on the date indicated. The above transmission was reported as complete and without error.

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ By placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, Federal Express.

☐ By hand delivery.

☐ By transmitting by email the document(s) listed above to the email set forth below on this date before 5:00 p.m. (for those parties for whom email addresses are available)

I am readily familiar with the Vick Law Group, APC's practice of collection and processing correspondence and other material for mailing. Under that practice, and in the ordinary course of our business, outgoing mail is deposited with the U.S. Postal Service with postage fully prepaid thereon. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 16, 2012, at Los Angeles, California.

Tracy Rinebold

**SERVICE LIST**

IN RE McKESSON HBOC, INC.
SERVICE LIST
October 16, 2012
Page 1

***ATTORNEYS FOR PLAINTIFF(S):***

Arthur N. Abbey
Judith L. Spanier
ABBEY, SPANIER RODD & ABRAMS
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

Stanley D. Bernstein
Sandy A. Liebhard
BERNSTEIN LIEBHARD, LLP
10 East 40th Street, 22"d Floor
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218

William M. Audet
ALEXANDER HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Tel: (408) 289-1776
Fax: (408) 287-1776

Beverly R. Storm
ARNZEN MOLLOY & STORM, P.S.C.
600 Greenup Street
Covington, KY 41011
Tel: (859) 431-6100
Fax: (859) 431-3778

Martin D. Chitwood
CHITWOOD & HARLEY LLP
2900 Promenade II
1230 Peachtree Street, N.E. Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

Steven J. Toll
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W. West Tower, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Norman Berman
Jeffery C. Block BERMAN DeVALERIO
One Liberty Square Boston, MA 02109-8300
Tel: (617) 542-8300
Fax: (617)542-1194

Michael J. Pucillo Wendy H. Zoberman
BERMAN DeVALERIO
3507 Kyoto Gardens, Suite 200
Palm Beach Gardens, FL 33401
Tel: (561) 835-9400
Fax: (561) 835-0322
(561) 835-0322

Roland C. Colton
COLTON & ROESSER
445 Marine View Avenue
Del Mar, CA 92014-3969
Tel: (858) 259-1100
(858) 259-1100

Leo W. Desmond
LAW OFFICES OF LEO W. DESMOND
4731 N. Highway AlA Vero Beach, FL 32963
Tel: (561) 712-8000
Fax: (561) 712-8002

IN RE McKESSON HBOC, INC.
SERVICE LIST
October 16, 2012
Page 2

Gerald Benzinger
DETERS, BENZINGER & LA VELLE, P.S.C.
207 Thomas More Parkway
Crestview Hills, KY 41017-2596
Tel: (859) 341-1881
Fax: (859) 341-1469

Michael D. Donovan
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: (215) 732-6067
Fax: (215) 732-8060

William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405) 239-2112

Brian M. Felgoise
LAW OFFICES OF BRIAN FELGOISE The Pavilion
261 Old York Road, Suite 423
Jenkintown, PA 19046
Tel: (215) 886-1900
Fax: (215) 886-1909

Scott E. Poynter
EMERSON POYNTER, LLP
500 President Clinton Ave., Suite 305
Little Rock, AR 72201
Tel: (501) 907-2555
Fax: (501) 907-2556

Francis J. Farina
LAW OFFICES OF FRANCIS J. FARINA
577 Gregory Lane
Devon, PA 19333
Tel: (610) 695-9007
Fax: (610) 695-9023

Roberta D. Liebenberg
Donald L. Perelman
FINE, KAPLAN AND BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872

Douglas G. Thompson, Jr.
FINKELSTEIN THOMPSON &LOUGHRAN The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
Tel: (202) 337-8000
Fax: (202) 337-8090

Nadeem Faruqi
Lubna Faruqi
FARUQI & FARUQI, LLP
369 Lexington Avenue, 1oth Floor
New York, NY 10017-6531
Tel: (212) 983-9330
Fax: (212) 983-9331

Paul F. Bennett
Steven 0. Sidener
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Tel: (415) 777-2230
Fax: (415) 777-5189

IN RE McKESSON HBOC, INC.
SERVICE LIST
October 16, 2012
Page 3

Mark S. Goldman
GOLDMAN SCARLATO & KARON, P.C.
101 W. Elm Street, Suite 360
Conshohocken, PA 19428
Tel: (484) 342-0700
Fax: (484) 342-0701

Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104-1308
Tel: (415) 772-4700
Fax: (415) 772-4707

Jonathan M. Plasse
David J. Goldsmith
LABATON SUCHAROW LLP
140 Broadway, 23rd Floor
New York, NY 10005-1108
Tel: (212) 907-0700
Fax: (212) 818-0477
(212) 818-0477

Lawrence L. Klayman KLAYMAN & TOSKES, PA Peninsula Plaza, Suite 450
2424 N. Federal Highway
Boca Raton, FL 33431
Tel: (561) 997-9956
Fax: (561) 361-9178

Bernard M. Gross
LAW OFFICES
BERNARD M. GROSS, P.C. Suite 450,
Wanamaker Bldg. Juniper and Market Streets
100 Penn Square East
Philadelphia, PA 19107
Tel: (215) 561-3600
Fax: (215) 561-3000

Richard D. Kranich
LAW OFFICES OF RICHARD D. KRANICH
531 Main Street, Suite 407
New York, NY 10044-0107
Tel: (212) 608-8965
Fax: (212) 608-0886

Marc H. Edelson
HOFFMAN & EDELSON
45 W. Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735

Clinton A. Krislov
KRISLOV & ASSOCIATES, LTD. Civic Opera Building, Suite 1350
20 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 606-0500
Fax: (312) 606-0207

J. Edward Kerley
HEREFORD KERLEY
1999 Harrison Street, Suite 1400
Oakland, CA 94612
Tel: (510) 379-5801
Fax: (510) 328-0350

Peter A. Lennon
LAW OFFICES OF PETER A. LENNON
2715 Springfield Road
Broomall, PA 19008-1819
Tel: (610) 325-5220
Fax: (610) 325-522

John K. Grant
ROBBINS GELLER RUDMAN & DOWDLLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Tel: (415) 288-4545
Fax: (415) 288-4534

Paul J. Geller
ROBBINS GELLER RUDMAN & DOWDLLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Tel: (561) 750-3000
Fax: (561) 750-3364

Karen L. Morris
MORRIS AND MORRIS LLC
4001 Kennett Pike, Suite 300
Wilmington, DE 19807-2039
Tel: (302) 426-0400
Fax: (302) 426-0406

Marvin L. Frank
MURRAY FRANK LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Tel: (212)682-1818
Fax: (212) 682-1892

Ronald S. Kravitz
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Tel: (415) 489-7700
Fax: (415) 489-7701

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Tel: (612) 339-6900
Fax: (612) 339-0981

Bruce G. Murphy
LAW OFFICES OF BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Tel: (561) 231-4202
Fax: (801) 650-8213

Klari Neuwelt
LAW OFFICE OF KLARI NEUWELT
110 East 59th Street, 29th Floor
New York, NY 10022
Tel: (212) 593-8800
Fax: (212) 593-9131

David Harrison
Thomas Skelton
LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.
One North Broadway, Suite 500
White Plains, NY 10601-2310
Tel: (914) 997-0500
Fax: (914) 997-0035

Harold B. Obstfeld
HAROLD B. OBSTFELD, PC
100 Park Avenue, 20th Floor
New York, NY 10017
Tel: (212) 696-1212
Fax: (212) 867-7369

IN RE McKESSON HBOC, INC.
SERVICE LIST
October 16, 2012
Page 5

Diane D. Foody
Assistant Counsel
OFFICE OF THE STATE COMPTROLLER
110 State Street
Albany, NY 12236
Tel: (518) 473-0345
Fax: (518) 474-5119

James M. Orman
LAW OFFICES OF JAMES ORMAN
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel: (215) 523-7800
Fax: (215) 523-9290

Rodney B. Sorensen
Melissa E. Powar
PAYNE & FEARS
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Tel: (415) 398-7860
Fax: (415) 398-7863

Laura M. Perrone
LAW OFFICES OF LAURA M. PERRONE
60 E. 42nd Street, 47th Fl.
New York, NY 10165
Tel: (212) 949-5500
Fax: (212) 949-0049

Charles J. Piven
BROWER PIVEN.
The World Trade Center- Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Tel: (410) 332-0030
Fax: (410) 685-1300

Stanley M. Grossman
D. Brian Hufford
POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP
100 Park Avenue, 261 Floor
New York, NY 10017-5516
Tel: (212) 661-1100
Fax: (212) 661-8665

Steven J. Ross
ROSS LAW FIRM
1015 Atlantic Blvd., Suite 306
Atlantic Beach, FL 32233
Tel: (904) 249-8799
Fax: (309) 413-9137

Andrew L. Barroway
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

Samuel P. Sporn
SCHOENGOLD SPORN LAITMAN
& LOMETTI, PC
19 Fulton Street, Suite 406
New York, NY 10038
Tel: (212) 964-0046
Fax: (212) 267-8137

Robert C. Schubert
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Two Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel: (415) 788-4220
Fax: (415) 788-0161

Roger B. Greenberg
SCHWARTZ, JUNELL, GREENBERG & OATHOUT, LLP
909 Fannin Street, Suite 2000
Houston, Texas 77010
Tel: (713) 752-0017
Fax: (713) 752-0327

Samuel K. Rosen
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

Robert M. Roseman
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215)496-6611

Ann D. White
ANN D. WHITELAW OFFICES, P.C.
101 Greenwood Avenue, Fifth Floor
Jenkintown, PA 19046
Tel: (215) 690-3858
Fax: (215) 481-0271
(215) 481-0271

Timothy J. Burke
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
Tel: (310) 209-2468
Fax: (310) 209-2087

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue, Suite 1600
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010

Curtis V. Trinko
TRINKO LAW FIRM
16 West 46th Street, ih Floor
New York, NY 10036
Tel: (212) 490-9550
Fax: (212) 986-0158
(212) 986-0158

Fred T. Isquith
Gregory M. Nespole
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653

Ronald A. Uitz
UITZ & ASSOCIATES
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 296-5280
Fax: (202) 318-1059

Lester L. Levy
WOLF POPPER LLP
845 Third Avenue, Suite 12
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093


IN RE McKESSON HBOC, INC.
SERVICE LIST
October 16, 2012
Page 7

Alfred G. Yates, Jr.
LAW OFFICES OF ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 391-5164
Fax: (412) 471-1033

James S. Youngblood
LAW OFFICES OF
JAMES S. YOUNGBLOOD
3799 N. Stratford Road, N.E. Atlanta, GA
30342
Tel: (404) 231-1957
Fax: (404) 237-5483

Eduard Korsinsky
LEVI & KORSINSKY LLP
30 Broad Street, 15th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Jeffrey C. Zwerling
ZWERLING, SCHACTER
& ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Tel: (516) 832-9600
Fax: (516) 832-9605

**ATTORNEYS FOR DEFENDANT(S):**

Gwyn Quillen
BINGHAM MCCUTCHEN LLP
The Water Garden Suite 2050 North Tower
1601 Cloverfield Boulevard
Santa Monica, CA 90804
Tel: (310) 255-9110
Fax: (310) 907-2110
Gwyn.quillen@bingham.com

*Attorneys for Defendant Arthur Andersen LLP*

David M. Balabanian
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Tel: (415) 393-2000
Fax: (415) 393-2286
david.balabanian@bingham.com
karen.kennard@bingham.com

*Attorneys for Defendant McKesson HBOC*

Jonathan M. Hoff
CADWALADER, WICKERSHAM
& TAFTLLP
1 World Financial Center
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
jonathan.hoff@cwt.com

*Attorneys for Defendant Bear Stearns & Co.*

Paul A. Renne
Charles M. Schaible
COOLEYLLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222 prenne@cooley.com
cschaible@cooley.com

*Attorneys for Defendant Albert J Bergonzi*

David B. Hennes
Eric Hirsch
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Tel: (212) 859-8000
Fax: (212) 859-4000

*Attorneys for Defendant Mark A. Pulido*

Stephen A. Cowan
DLA PIPER US LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 836-2500
Fax: (415) 836-2501

*Attorneys for Defendant Mark A. Pulido*

Barry Levin
HELLER EHRMAN LLP
388 Market Street, Suite 1300
San Francisco, CA 94111

*Attorneys for Defendant Charles W McCall*

Douglas R. Young
C. Brandon Wisoff
FARELLA BRAUN & MARTEL LLP Russ Building, 1ih Floor
235 Montgomery Street
San Francisco, CA 94104
Tel: (415) 954-4400
Fax: (415) 954-4480 (4481)

*Attorneys for Defendant Heidi E. Yodowitz*

Dorothy Yates Kirkley
Attorney at Law
1420 Peachtree Street, NE #800
Atlanta, GA 30309
Tel: (404) 786-9109

*Attorneys for Defendant Albert J. Bergonzi*

J. Philip Kirchner
PLASTER GREENBERG, P.C.
1810 Chapel Avenue West, 3rd Floor
Cherry Hill, NJ 08002-4609
Tel: (856) 661-1900
Fax: (856) 661-1919

*Attorneys for Defendant Michael G. Smeraski*

Stan G. Roman
Tracy Clements
KRIEG, KELLER, SLOAN, REILLY &ROMANLLP
555 Montgomery Street, 1ih Floor
San Francisco, CA 94111
Tel: (415) 249-8330
Fax: (415) 249-8333 sroman@kksrr.com
tclements@kksrr.com

*Attorneys for Defendant Arthur Andersen LLP*

William F. Alderman
ORRICK, HERRINGTON
& SUTCLIFFE LLP The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700
Fax: (415) 773-5759
walderman@orrick.com

*Attorneys for Defendant Richard H. Hawkins*

Patrick Gibbs
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600 patrick.gibbs@lw.com

*Attorneys for Defendant Bear Stearns & Co.*

Grace A. Carter
Edward Han
PAUL, HASTINGS, JANOFSKY
& WALKERLLP
55 Second Street, 241 Floor
San Francisco, CA 94105-3441
Tel: (415) 856-7000
Fax: (415) 856-7100

*Attorneys for Defendant Jay P. Gilbertson*

John Parker
PAUL, HASTINGS, JANOFSKY
&WALKERLLP
600 Peachtree Street, NE, Suite 2400
Atlanta, GA 30308
Tel: (404) 815-2400
Fax: (404) 815-2424

*Attorneys for Defendant Jay P. Gilbertson*

Moses Silverman
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendant Charles W McCall*

Tony G. Powers Kimberly L. Myers ROGERS
& HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E. Atlanta, GA 30303-1601
Tel: (404) 522-4700
Fax: (404) 525-2224

*Attorneys for Defendant Jay M Lapine*

Mark J. Stein
SIMPSON THATCHER
& BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212)455-2310
Fax: (212) 455-2502

*Attorneys for Defendant Mark A. Pulido*

Jonathan J. Lerner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036-6522
Tel: (212) 735-3000
Fax: (212) 735-2000 jlerner@skadden.com

*Attorneys for Defendants McKesson HBOC, Inc. and HBO & Company*

James E. Lyons Timothy A. Miller
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-4144
Tel: (415) 984-6400
Fax: (415) 984-2698 jlyons@skadden.com
tmiller@skadden.com

*Attorneys for Defendants McKesson HBOC, Inc. and HBO & Company*

William M. Goodman
Lyn R. Agre
KASOWITZ BENSON TORRES & FRIEDMAN LLP
101 California Street, Suite 2050
San Francisco, CA 94111-5884
Tel: (415) 421-6140
Fax: (415) 398-5030

*Attorneys for Defendant Jay M Lapine*