IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Aronson, et al

              Plaintiff,

  v.

McKesson HBOC, Inc., et al
             Defendant.

                                   /

NO. CV 99-20743 RMW

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**

On February 1, 2013, counsel for Lead Plaintiff Thomas DiNapoli  filed

(1)  **Docket # 1793**

AFFIDAVIT of Richard W. Simmons Regarding Dissemination of the Andersen Notice of Summary Judgment;

(2) **Docket #1794**

Lead Plaintiff's Reply Memorandum of Law in Further Support of Motion for FinalApproval of Settlement with Arthur Andersen LLP of Contingent Payment Claim, and In Further Support of Lead Counsel's Appreicateion for Award of Attorneys' Fees and Reimbursement of Expenses;

(3) **Docket #1795**

(Proposed) Order Awarding Attorney's Fees and Expenses ;

**(4) Docket #1796**

(Proposed) Judgment Approving Settlement with Arthur Andersen LLP of Contingent Payment Claim

 manually, on paper.  This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned  paper document has been filed and docketed. However, General Order 45 provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Lead Plaintiff should submit the **documents listed above**  , in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

1

2

3

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: February 1, 2013                                    Betty Walton
                                                                        Deputy Clerk

4

5

6

7

8

9

**United States District Court**
For the Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2