UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | | |
|---|---|---|
| Case No. C-99-20743-RMW | JUDGE: Ronald M. Whyte | DATE: February 8, 2013 |
| | | TIME IN: 7 mins. |

Title: ARONSON, et al.   -V-   MCKESSON HBOC, INC., et al.

| | |
|---|---|
| B. Galdston, J. Golan | S. Vick |
| Attorneys Present (Plaintiff) | Attorneys Present (Defendant) |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Summer Fisher |

PROCEEDINGS

FAIRNESS HEARING

**ORDER AFTER HEARING**

Hearing Held. The motions to approve settlement and attorneys' fees and costs are granted. The Court finds the settlement and request for attorneys' fees and cost to be fair, adequate, and reasonable. There is no opposition or objection to the settlement. The Court executed the orders for settlement and attorneys' fees in open court.